IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | **Criminal Case No. MJG-11-0428** |
| : | |
| **CRYSTAL MARIE BARNIER,** : | |
| **NEFITERIA DESHAW JAMISON,** : | |
| **SHARRON BRONTE CURTIS,** : | |
| **MAUREEN BROWN-LITTLE, and** : | |
| **IDA MAE SNIPE, a/k/a Ida Mae Weathers,** : | |
| : | |
| **Defendants.** : | |

...oOo...

## CONSENT MOTION FOR ENTRY OF A
## PROTECTIVE ORDER GOVERNING DISCLOSURE OF
## PERSONAL IDENTITY INFORMATION

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, United States hereby moves for entry by this Court of a protective order that will ensure the confidentiality of personal identity information which is included within the government's evidence in this case.

Entry of a protective order restricting the use, dissemination and disposition of documents containing identity information is essential to permit the United States to provide extensive discovery to the Defendants while protecting the personal information of the victims of identity theft in this case.  While counsel for the Defendants have been given access to these materials, several have expressed a desire to have copies of all documents.

The United States and the Defendants conferred regarding a draft protective order proposed by the United States (the "Government's Proposed Protective Order") and have been able to come to an agreement with respect to all of the provisions contained therein.

A copy of the Proposed Protective Order bearing the signatures of counsel to the United States and Defendants is submitted herewith.

Dated: December 24 , 2012                Respectfully submitted,

                                         Rod J. Rosenstein
                                         United States Attorney


                                                /s
                        By:_____
                                         Tamera Fine
                                         Assistant United States Attorney
                                         36 South Charles Street
                                         Fourth Floor
                                         Baltimore, Maryland 21201
                                         (410) 209-4800